UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINDALE POWELL,<br><br>   Petitioner,<br><br>v.<br><br>ERIC ARNOLD, Warden,<br><br>   Respondent. | Case No. 16-cv-05876-HSG (PR)<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION; DIRECTING RESPONDENT TO RESEND MOTION TO PETITIONER'S CURRENT ADDRESS**<br><br>Re: Dkt. No. 18 |

Petitioner filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254 to challenge his 2008 state court conviction. On February 9, 2017, the Court issued an order to show cause why the petition should not be granted. On May 2, 2017, the Court denied Petitioner's request for appointment of counsel.

Petitioner has moved for reconsideration of the denial of his request for appointment of counsel. Where the court's ruling has not resulted in a final judgment or order, reconsideration of the ruling may be sought under Rule 54(b) of the Federal Rules of Civil Procedure, which provides that any order which does not terminate the action is subject to revision at any time before the entry of judgment. Fed. R. Civ. P. 54(b). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *School Dist. No. 1J v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). Petitioner has not shown newly discovered evidence, clear error, manifest injustice or an intervening change in the controlling law with regard to his request for counsel. The motion for reconsideration is therefore DENIED.

On April 3, 2017, Respondent filed a motion to dismiss the petition as untimely. Following one extension of time, Petitioner's opposition was due on or before June 1, 2017. On

June 6, 2017, Petitioner filed a letter with the Court stating that he never received Respondent's motion. Respondent is directed to resend the motion to Petitioner at his current address, within **five (5)** days of this order, and file a notice of the date the motion was resent.

The Court will sua sponte grant Petitioner a second extension of time, to **July 21, 2017**, to file an opposition to Respondent's motion to dismiss. Respondent shall file a reply within **fourteen (14)** days of the date any opposition is filed.

This order terminates Docket No. 18.

**IT IS SO ORDERED.**

Dated: 6/8/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge