UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINDALE POWELL, <br> Petitioner, <br> v. <br> ERIC ARNOLD, Warden, <br> Respondent. | Case No. 16-cv-05876-HSG (PR) <br><br> **JUDGMENT** |

For the reasons stated in the Order Granting Motion to Dismiss and Denying Certificate of Appealability, judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 11/30/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge